

**IN THE**
**TENTH COURT OF APPEALS**

No. 10-21-00071-CR

**IN RE BENJAMIN MORRISON**

**Original Proceeding**

**From the 19th District Court**
**McLennan County, Texas**
**Trial Court No. 2010-997-C1**

**MEMORANDUM OPINION**

Relator Benjamin Morrison's petition for writ of mandamus, filed on March 25, 2021, is denied.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Neill, and
    Justice Johnson
Petition denied
Opinion delivered and filed March 31, 2021
Do not publish
[OT06]

